1  LINDBERGH PORTER, JR. (BAR NO. 100091)
   BALDWIN J. LEE (BAR NO. 187413)
2  ALLEN MATKINS LECK GAMBLE & MALLORY LLP
   Three Embarcadero Center, 12th Floor
3  San Francisco, CA 94111-4074
   Phone: (415) 837-1515
4  Fax: (415) 837-1516
   E-Mail: lporter@allenmatkins.com
5          blee@allenmatkins.com

6  Attorneys for Defendant
   WELLS FARGO HOME MORTGAGE, a division of
7  WELLS FARGO BANK, NATIONAL ASSOCIATION

**FILED**

JUL 2 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MEVORAH, individually, and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, NATIONAL ASSOCIATION, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:05-cv-01175 MHP <br><br> **SUBSTITUTION OF COUNSEL BY DEFENDANT WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, NATIONAL ASSOCIATION** |

Allen Matkins Leck
Gamble & Mallory LLP
attorneys at law

640560.01/SF

Case No. 3:05-cv-01175 MHP
SUBSTITUTION OF COUNSEL BY
DEFENDANT

1  Defendant WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO
2  BANK, NATIONAL ASSOCIATION ("Defendant") hereby substitutes Lindbergh Porter, Jr. and
3  Baldwin J. Lee of Allen Matkins Leck Gamble & Mallory, LLP, Three Embarcadero Center, 12th
4  Floor, San Francisco, California, 94111 as its counsel in the above-captioned matter in place of
5  Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, CA 94105. Lindbergh Porter
6  and Baldwin Lee are members of the bar of this Court. Defendant respectfully requests that the
7  Court approve this substitution.

9  I consent to the foregoing substitution.

10 Dated: April 21, 2005

WELLS FARGO HOME MORTGAGE, A
DIVISION OF WELLS FARGO BANK,
NATIONAL ASSOCIATION.

By: _____
Its: Senior Counsel

14 I consent to the foregoing substitution.

15 Dated: April 20, 2005

SEYFARTH SHAW LLP
GILMORE F. DIEKMANN, JR.
ANTHONY J. RAO

By: _____

19 The foregoing substitution is accepted.

20 Dated: April 22, 2005

ALLEN MATKINS LECK GAMBLE &
MALLORY LLP

By: _____
LINDBERGH PORTER, JR.

## ORDER

The foregoing substitution is approved.

Dated: _____

Honorable MARILYN HALL PATEL
United States District Judge

Allen Matkins Leck
Gamble & Mallory LLP
attorneys at law

640560.01/SF

-1-

Case No. 3:05-cv-01175 MHP
SUBSTITUTION OF COUNSEL BY
DEFENDANT