```
 1  DARYL S. LANDY, State Bar No. 136288
    BARBARA I. ANTONUCCI, State Bar No. 209039
 2  MONA M. BADANI, State Bar No. 227389
    MORGAN, LEWIS & BOCKIUS LLP
 3  2 Palo Alto Square
    3000 El Camino Real, Suite 700
 4  Palo Alto, CA  94306-2212
    Tel: 650.843.4000
 5  Fax: 650.843.4001

 6  Attorneys for Defendant
    WELLS FARGO INVESTMENTS, LLC
 7
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CHU, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO INVESTMENTS, LLC and DOES 1 through 50, Inclusive<br><br>    Defendants. | Case No. C 05-04526 MHP<br>Case No. C 05-01175 MHP   **DENIED**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO SUBMIT BRIEFING TO CONSIDER WHETHER ACTIONS SHOULD BE RELATED**<br><br>Local Rules 3-12, 7-11, and 7-12.<br><br>Judge:   Hon. Marilyn Hall Patel |
| JASON MEVORAH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, NATIONAL ASSOCIATION and DOES 1 through 50, Inclusive<br><br>    Defendants. | |

This Stipulation is made by and between Plaintiffs Jerry Chu and Jason Mevorah on the one hand, and Defendants Wells Fargo Investments, LLC and Wells Fargo Home Mortgage, a division of Wells Fargo Bank, National Association on the other, by and through their undersigned counsel.

1-PA/3567155.3                                1                           Case No. C 05-04526 MHP
                                                                          Case No. C 05-01175 MHP
MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER TO SUBMIT BRIEFING

WHEREAS, on March 22, 2005, Defendant Wells Fargo Home Mortgage, a division of Wells Fargo Bank, National Association, removed the *"Mevorah v. Wells Fargo Home Mortgage, Inc."* (incorrectly named) ("*Mevorah*") action from San Francisco Superior Court to the United States District Court for the Northern District of California (Case No. C 05-01175 MHP);

WHEREAS, on November 4, 2005, Defendant Wells Fargo Investments, LLC removed the *Chu v. Wells Fargo Investments, LLC* ("*Chu*") action from Alameda County Superior Court to the United States District Court for the Northern District of California (Case No. C 05-04526 PJH);

WHEREAS, on November 8, 2005, Plaintiff Jason Mevorah filed a Notice of Related Case in the *Mevorah* action stating that the *Mevorah* and *Chu* matters appear to be related and that Mevorah would promptly file an administrative motion to relate the two cases pursuant to Local Rule 3-12(b);

WHEREAS, Defendant Wells Fargo Investments, LLC in the *Chu* action did not receive notification of the Notice of Related Case filed in the *Mevorah* action, and accordingly, did not have knowledge of it or an opportunity to submit briefing on the issue of whether the *Mevorah* and *Chu* cases should be related under Local Rule 3-12;

WHEREAS, on November 23, 2005, this Court issued an Order relating the *Mevorah* and *Chu* actions; and

WHEREAS, plaintiffs in the *Mevorah* and *Chu* cases have no objection to allowing defendants to argue why the *Mevorah* and *Chu* cases should not be related, provided that plaintiffs have a corresponding right to argue why the *Mevorah* and *Chu* cases are properly related;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties after their counsel met and conferred, and by and between their undersigned counsel, that:

1. The parties respectfully request that the Court consider the respective briefing by Plaintiffs Chu and Mevorah, on the one hand, and Defendants Wells Fargo

1-PA/3567155.3  
MORGAN, LEWIS & BOCKIUS LLP  
ATTORNEYS AT LAW  
PALO ALTO  
2  
Case No. C 05-04526 MHP  
Case No. C 05-01175 MHP  
STIPULATION AND [PROPOSED] ORDER TO SUBMIT BRIEFING

Investments, LLC and Wells Fargo Home Mortgage on the other hand, which briefing will be electronically filed no later than December 5, 2005, at 5:00 p.m.

2. Consistent with Local Rule 7-11(c), the matter will be deemed submitted for immediate determination without hearing at 5:00 p.m. on December 5, 2005.

3. Also consistent with Local Rule 7-11, briefing by Plaintiffs, jointly, on the one hand, and Defendants, jointly, on the other hand (excluding declarations and exhibits), shall not exceed five (5) pages.

DATED: November 30, 2005                    MORGAN, LEWIS & BOCKIUS LLP

                                            By _____/s/_____
                                                Daryl S. Landy
                                                Attorneys for Defendant
                                                WELLS FARGO INVESTMENTS, LLC

DATED: November 30, 2005                    ALLEN MATKINS LECK GAMBLE &
                                            MALLORY LLP

                                            By _____/s/_____
                                                Lindbergh Porter, Jr.
                                                Attorneys for Defendant
                                                WELLS FARGO HOME MORTGAGE, a
                                                division of Wells Fargo Bank, National
                                                Association

Dated:  November 30, 2005                   HOFFMAN & LAZEAR
                                            THIERMAN LAW FIRM
                                            DOSTART CLAPP & COVENEY, LLP


                                            By: _____/s/_____
                                                James F. Clapp
                                                Attorneys for Plaintiffs
                                                JERRY CHU, individually and on behalf of all
                                                others similarly situated
                                                JASON MEVORAH, individually and on
                                                behalf of all others similarly situated

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

1-PA/3567155.3                                3                    Case No. C 05-04526 MHP
                                                                   Case No. C 05-01175 MHP
STIPULATION AND [PROPOSED] ORDER TO SUBMIT BRIEFING

**ORDER**
The requested order pursuant to stipulation is DENIED, the time within which to file objections having expired prior to this stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 12/6/2005 , 2005

_____
U.S. District Court Judge



Judge Marilyn H. Patel

1-PA/3567155.3

4

Case No. C 05-04526 MHP
Case No. C 05-01175 MHP

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER TO SUBMIT BRIEFING

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, CA 94306. On November 30, 2005, I caused the within documents to be delivered to the persons at the addresses set forth below:

**STIPULATION AND [PROPOSED] ORDER TO SUBMIT BRIEFING TO CONSIDER WHETHER ACTIONS SHOULD BE RELATED**

[x] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

James F. Clapp
J. Kirk Connelly
Marita Murphy Caunger
Dostart Clapp & Coveney, LLP
4370 La Jolla Village Dr., Ste. 970
San Diego, CA 92122

Tel:   858.623.4200
Fax:   858.623.4299

Mark R. Thierman
Thierman Law Firm P.C.
7287 Lakeside Drive
Reno, NV 89511

Tel:   775.1284.1500
Fax:   775.703.5027

Lindbergh Porter, Jr.
Richard H. Rahm
Baldwin J. Lee
Allen Matkins Leck Gamble & Mallory LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074

Tel:   415.837.1515
Fax:   415.837.1516

Executed on November 30, 2005, at Palo Alto, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

_____
Regina Henley

1-PA/3567155.3

Case No. C 05-04526 MHP
Case No. C 05-01175 MHP

STIPULATION AND [PROPOSED] ORDER TO SUBMIT BRIEFING

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto