1  JAMES F. CLAPP (145814)
   J. KIRK DONNELLY (179401)
2  MARITA MURPHY LAUINGER (199242)
   DOSTART CLAPP & COVENEY, LLP
3  4370 La Jolla Village Dr. Ste. 970
   San Diego, CA 92122
4  Tel. (858) 623-4200
   Fax. (858) 623-4299
5
   MARK R. THIERMAN (72913)
6  THIERMAN LAW FIRM P.C.
   7287 Lakeside Drive
7  Reno, Nevada 89511
   Tel. (775) 284-1500
8  Fax. (775) 703-5027

9  Attorneys for Plaintiff

10

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13

14  JASON MEVORAH, individually, and on        ) CASE NO. 3:05-cv-01175 MHP
    behalf of all others similarly situated,   )
15                                             ) SUBSTITUTION OF COUNSEL BY
                  Plaintiffs                   ) PLAINTIFF JASON MEVORAH AND
16                                             ) ORDER APPROVING SUBSTITUTION
    vs.                                        )
17                                             )
    WELLS FARGO HOME MORTGAGE, a               )
18  division of WELLS FARGO BANK,              )
    NATIONAL ASSOCIATION, and DOES 1           )
19  through 50, inclusive,                     )
                                               )
20                Defendants.                  )
                                               )
21  _____)

22

23

24

25

26

27

28

---

Substitution of Counsel by Plaintiff                    Case No. 3:05-cv-01175-MHP
                                    -1-

1  Plaintiff, JASON MEVORAH, hereby substitutes Kevin J. McInerney, McInerney & Jones,
2  18124 Wedge Parkway, Suite 503, Reno, Nevada 89511 as his counsel in the above-captioned matter
3  in place of Dostart Clapp Gordon & Coveney, LLP, 4370 La Jolla Village Drive, Suite 970, San Diego,
4  California, and Thierman Law Firm, P.C., 7287 Lakeside Drive, Reno, Nevada. Kevin J. McInerney is
5  a member of the bar of this Court. Plaintiff respectfully requests that the Court approve this substitution.

6  I consent to the foregoing substitution.
7  Dated: May ___, 2006

_____
JASON MEVORAH, Plaintiff

10  I consent to the foregoing substitution.
11  Dated: ~~May~~ June 7, 2006        DOSTART CLAPP GORDON & COVENEY, LLP

_____
JAMES F. CLAPP

14  I consent to the foregoing substitution.
15  Dated: May ___, 2006               THIERMAN LAW FIRM, P.C.

_____
MARK R. THIERMAN

18  I accept the foregoing substitution.
19  Dated: May ___, 2006               McINERNEY & JONES

_____
KEVIN J. McINERNEY
Attorneys for Plaintiff

23  APPROVED AND SO ORDERED.
24  Dated: ~~May ___, 2006~~
25  June 9, 2006

**IT IS SO ORDERED**
Judge Marilyn H. Patel
(United States District Court, Northern District of California)

---

Substitution of Counsel by Plaintiff                    Case No. 3:05-cv-01175-MHP
-2-

1      Plaintiff, JASON MEVORAH, hereby substitutes Kevin J. McInerney, McInerney & Jones,
2  18124 Wedge Parkway, Suite 503, Reno, Nevada 89511 as his counsel in the above-captioned matter
3  in place of Dostart Clapp Gordon & Coveney, LLP, 4370 La Jolla Village Drive, Suite 970, San Diego,
4  California, and Thierman Law Firm, P.C., 7287 Lakeside Drive, Reno, Nevada. Kevin J. McInerney is
5  a member of the bar of this Court. Plaintiff respectfully requests that the Court approve this substitution.
6      I consent to the foregoing substitution.
7  Dated: May 23, 2006

8
9                                    JASON MEVORAH, Plaintiff
10      I consent to the foregoing substitution.
11  Dated: May ___, 2006                    DOSTART CLAPP GORDON & COVENEY, LLP
12
13
14      I consent to the foregoing substitution.     JAMES F. CLAPP
15  Dated: May 12, 2006                     THIERMAN LAW FIRM, P.C.
16
17                                    MARK R. THIERMAN
18      I accept the foregoing substitution.
19  Dated: May ___, 2006                    McINERNEY & JONES
20
21
22                                    KEVIN J. McINERNEY
                                     Attorneys for Plaintiff
23      APPROVED AND SO ORDERED.
24  Dated: May ___, 2006
25
26                                    Honorable MARILYN HALL PATEL
                                   United States District Judge
27
28

1       Plaintiff, JASON MEVORAH, hereby substitutes Kevin J. McInerney, McInerney & Jones,
2 18124 Wedge Parkway, Suite 503, Reno, Nevada 89511 as his counsel in the above-captioned matter
3 in place of Dostart Clapp Gordon & Coveney, LLP, 4370 La Jolla Village Drive, Suite 970, San Diego,
4 California, and Thierman Law Firm, P.C., 7287 Lakeside Drive, Reno, Nevada. Kevin J. McInerney is
5 a member of the bar of this Court. Plaintiff respectfully requests that the Court approve this substitution.
6       I consent to the foregoing substitution.
7 Dated: May 23, 2006

8
9                               JASON MEVORAH, Plaintiff

10       I consent to the foregoing substitution.
11 Dated: May ___, 2006           DOSTART CLAPP GORDON & COVENEY, LLP
12
13
14       I consent to the foregoing substitution.    JAMES F. CLAPP
15 Dated: May ___, 2006           THIERMAN LAW FIRM, P.C.
16
17
18       I accept the foregoing substitution.      MARK R. THIERMAN
19 Dated: May 23, 2006            McINERNEY & JONES
20
21
22                              KEVIN J. McINERNEY
                                  Attorneys for Plaintiff
23       APPROVED AND SO ORDERED.
24 Dated: May ___, 2006
25
26                              Honorable MARILYN HALL PATEL
                             United States District Judge
27
28

Substitution of Counsel by Plaintiff        -2-       Case No. 3:05-cv-01175-MHP

## PROOF OF SERVICE

I am employed in the county of San Diego, State of California. I am over the age of eighteen and am not a party to this case. I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is: DOSTART CLAPP GORDON & COVENEY, LLP, 4370 La Jolla Village Dr., Ste. 970, San Diego, CA 92122.

On June 7, 2006, I served the foregoing document(s) described as:

**SUBSTITUTION OF COUNSEL BY PLAINTIFF JASON MEVORAH AND ORDER APPROVING SUBSTITUTION**

on the interested parties in this action addressed to the addressee as follows:

Lindbergh Porter, Jr., Esq.
Richard H. Rahm, Esq.
LITTLER MENDELSON, APC
650 California Street, 20th floor
San Francisco, CA 94108-2693
Attorneys for Wells Fargo Home Mortgage

Richard Burch, Esq.
Bruckner Burch, PLLC
5847 San Felipe, Suite 3900
Houston, TX 77057
Tel: 713-877-8788
Attorneys for Miles
Related Case No. C-06-01991 MHP

Daryl S. Landy, Esq.
Barbara I. Antonucci, Esq.
Mona M. Badani, Esq.
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Attorneys for Wells Fargo Investments
Related Case No. C-05-04526

Karla S. Jackson, Esq.
James A. Jones, Esq.
Gillespie Rozen Watsky Motley & Jones P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, TX 75204
Tel: 214-720-2009
Attorneys for Miles
Related Case No. C-06-01991 MHP

Mark Thierman, Esq.
Thierman Law Firm
7287 Lakeside Dr.
Reno, Nevada 89511-7652

Micha Star Liberty
Liberty Law Office
78 First Street
San Francisco, CA 94105
Tel: 415-896-1000
Attorneys for Miles
Related Case No. C-06-01991 MHP

Kevin J. McInerney, Esq.
McInerney & Jones
18124 Wedge Parkway, Suite 503
Reno, NV 89511
Attorneys for Mevorah, Case No. C-05-01175
Attorneys for Chu, Related Case No.C-05 4526

George McCaffrey
McCaffrey & Associates P.L.L.C.
6301 Waterford Boulevard
Suite 401
Oklahoma City, OK 73118
Tel: 405-767-3300
Attorneys for Miles
Related Case No. C-06-01991 MHP

H. Tim Hoffman, Esq.
Arthur W. Lazear, Esq.
HOFFMAN & LAZEAR
180 Grand Avenue, Ste. 1550
Oakland, CA 94612
Attorneys for Mevorah, Case No. C-05-0117
Attorneys for Chu, Related Case No.C-05 4526

Robert W. Thompson, Esq.
Christine Schenone, Esq.
CALLAHAN, McCUNE & WILLIS, APLC
111 Fashion Lane
Tustin, CA 92780-3397
Attorneys for Perez
Related Case No. C-05-02722

☐ (BY UNITED STATES POSTAL SERVICE) and placing a true copy thereof in a sealed envelope and personally placing such envelope with postage fully prepaid for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

☒ (BY OVERNIGHT MAIL) and placing a true copy thereof in a sealed Federal Express envelope and personally placing such envelope for deposit in a Federal Express mailbox for next day delivery, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of overnight mail with Federal Express; and that the correspondence shall be deposited in an official Federal Express mailbox this same day in the ordinary course of business.

Executed on <u>June 7, 2006</u>, at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

TERI L. ZAAYER